COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
MADELEINE R. AHLERS (356919)
(mahlers@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:      +1 415 693 2000
Facsimile:      +1 415 693 2222

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:      +1 650 843 5000
Facsimile:      +1 650 849 7400

COOLEY LLP
MAZDA ANTIA (214963)
(mantia@cooley.com)
REEM GERAIS (360695)
(rgerais@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:      +1 858 550 6000
Facsimile:      +1 858 550 6420

COOLEY LLP
SARA VICTORIA M. PITT (317611)
(sporter@cooley.com)
KELTON N. SAHAGIAN (340366)
(kbasirico@cooley.com)
350 South Grand Avenue, Suite 3200
Los Angeles, California 90071-3474
Telephone:      +1 213 561 3250
Facsimile:      +1 213 561 3244

COOLEY LLP
NATALIE PEELISH (*Pro Hac Vice* forthcoming)
(npeelish@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone:      +1 206 452 8700
Facsimile:      +1 206 452 8800

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FRANCESCO GIAMPAOLI, et al., | Case No. |
| Plaintiff, | **DEFENDANT GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PARTIES** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE'S CORPORATE DISCLOSURE &
CERT. OF INTERESTED ENTITIES OR PARTIES
CASE NO. _____

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC.

2. XXVI Holdings Inc., Holding Company of Google LLC.

3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Pursuant to Civil Local Rule 3-15(b)(1), the undersigned certifies that it does not believe that the Court has a conflict with any party.

Dated: April 23, 2026                                    COOLEY LLP


                                                          By: */s/ Aarti Reddy*
                                                              Aarti Reddy

                                                          Attorney for Defendant
                                                          GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GOOGLE'S CORPORATE DISCLOSURE &
CERT. OF INTERESTED ENTITIES OR PARTIES
CASE NO. _____