COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
MADELEINE R. AHLERS (356919)
(mahlers@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

COOLEY LLP
NATALIE PEELISH (*Pro Hac Vice* forthcoming)
(npeelish@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone:    +1 206 452 8700
Facsimile:    +1 206 452 8800

COOLEY LLP
MAZDA ANTIA (214963)
(mantia@cooley.com)
REEM GERAIS (360695)
(rgerais@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:    +1 858 550 6000
Facsimile:    +1 858 550 6420

COOLEY LLP
SARA VICTORIA M. PITT (317611)
(sporter@cooley.com)
KELTON N. SAHAGIAN (340366)
(kbasirico@cooley.com)
350 South Grand Avenue, Suite 3200
Los Angeles, California 90071-3474
Telephone:    +1 213 561 3250
Facsimile:    +1 213 561 3244

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FRANCESCO GIAMPAOLI, et al.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.<br><br>**PROOF OF SERVICE OF DEFENDANT GOOGLE LLC'S NOTICE OF REMOVAL AND RELATED DOCUMENTS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

POS OF GOOGLE'S NOTICE OF REMOVAL
AND RELATED DOCUMENTS
CASE NO. _____

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to this action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004. My email address is gwilson@cooley.com. On the date set forth below I served the documents described below in the manner described below:

1.  **Defendant Google LLC's Notice of Removal to the United States District Court for the Northern District of California**
2.  **Declaration of Aarti Reddy in Support of Defendant Google LLC's Notice of Removal**
3.  **Exhibits A - B to the Declaration of Aarti Reddy in Support of Defendant Google LLC's Notice of Removal**
4.  **Defendant Google LLC's Notice of Corporate Disclosure & Certificate of Interested Entities or Parties**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

Cooley LLP
Attorneys at Law
San Francisco

2

POS of Google's Notice of Removal
and Related Documents
Case No. _____

David Boies (*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone:      (914) 749-8200
Email:          dboies@bsfllp.com

Mark C. Mao
Beko Richardson
Joshua M. Stein
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone:      (415) 293-6800
Facsimile:      (415) 293-6899
Email:          mmao@bsfllp.com
                brichardson@bsfllp.com
                jstein@bsfllp.com

James Lee (*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Telephone:      (305) 539-8400
Facsimile:      (305) 539-1307
Email:          jlee@bsfllp.com

*Attorneys for Plaintiffs*

Alison L. Anderson
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone:      +1 213 629 9040
Email:          alanderson@bsfllp.com

M. Logan Wright
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, D.C. 20005
Telephone:      +1 202 237 2727
Facsimile:      +1 202 237 6131
Email:          mwright@bsfllp.com
                incognitocases@bsfllp.com

*Attorneys for Plaintiffs*

John A. Yanchunis (*Pro Hac Vice*)
Ryan J. McGee (*Pro Hac Vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone:      (813) 223-5505
Email:
        jyanchunis@forthepeople.com
        rmcgee@forthepeople.com

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 23, 2026, at San Francisco, California.

_Gina Wilson_
Gina Wilson

Cooley LLP
Attorneys at Law
San Francisco

3

POS of Google's Notice of Removal
and Related Documents
Case No. _____